UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   GEORGE M MARCONI

CASE NO. 06 B 13768

CHAPTER 13

JUDGE: JOHN H SQUIRES

   Debtor  
SSN XXX-XX-7082

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/25/06 and confirmed on 01/12/07.

2. The case was dismissed after confirmation, 10/26/2007.

3. The Debtor paid a total of $ 16348.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MTGE | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | 17916.00 | .00 | 4505.97 |
| FORD MOTOR CREDIT CO | SECURED | 4102.69 | 73.82 | 4102.69 |
| HINSBROOK BANK | SECURED | 14915.83 | 836.07 | 3702.69 |
| CAPITAL ONE BANK | UNSECURED | 530.84 | .00 | 23.68 |
| DISCOVER BANK | UNSECURED | 5011.38 | .00 | 223.59 |
| HINSBROOK BANK | UNSECURED | 2429.28 | .00 | 108.38 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 836.27 | .00 | 37.31 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NORTH STAR CAPITAL | UNSECURED | 9731.05 | .00 | 434.16 |
| ROUNDUP FUNDING LLC | UNSECURED | 151.42 | .00 | .00 |
| THE CREDIT CARD CTR | UNSECURED | NOT FILED | .00 | .00 |
| THE CREDIT CARD CTR | UNSECURED | NOT FILED | .00 | .00 |
| VON MAUR | UNSECURED | 122.49 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 36934.52 | .00 | 18812.73 | .00 | 55747.25 |
| PRINCIPAL PAID | 12311.35 | .00 | 827.12 | .00 | 13138.47 |
| INTEREST PAID | 909.89 | .00 | .00 | .00 | 909.89 |
| TOTAL PAID | 13221.24 | .00 | 827.12 | .00 | 14048.36 |

The Debtor's attorney, THOMAS W LYNCH                   , was allowed $   3000.00 and was paid $   1350.00  direct and $   1650.00  through the plan.

The Trustee received $     649.64 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/10/08                             /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE